IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:21-CR-070 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | **INFORMATION** |
| | : | |
| JOHN VARRO, | : | 18 U.S.C. § 641 |
| | : | 18 U.S.C. §§ 7 & 13 |
| Defendant | : | O.R.C. § 2913.05 |
| | : | |

-------------------------------------------------------------------------------------

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

(18 U.S.C. § 641)

Starting on an exact date unknown, but at least by on or about September 11, 2018 and continuing until on or about June 15, 2019, in the Southern District of Ohio, the Defendant, **JOHN VARRO,** did willfully embezzle, steal, purloin, and knowingly convert to his use or the use of another, a thing of value of the United States, to wit: property of the United States Air Force.

In violation of 18 U.S.C. § 641.

### COUNT 2

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2913.05)

Starting on an exact date unknown, but at least by on or about September 11, 2018 and continuing until on or about June 15, 2019, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **JOHN VARRO**, who devised a scheme to defraud, did knowingly disseminate,

transmit, and cause to be disseminated and transmitted by means of a wire, radio, satellite, telecommunication, telecommunications device, and telecommunications service a writing, data, sign, signal, picture, sound, and image with purpose to execute and otherwise further the scheme to defraud.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2913.05.


VIPAL J. PATEL
Acting United States Attorney


JULIENNE MCCAMMON
Special Assistant United States Attorney